**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MOD STACK LLC,** <br>                 Plaintiff, <br> v. <br><br> **FONALITY, INC.,** <br>                 Defendant. | CASE NO.  2:16-cv-1456-JRG-RSP <br> (LEAD CASE) (CONSOLIDATED) <br><br> **PATENT CASE** |

**ORDER**

The Agreed Motion to Dismiss Fonality, Inc. Pursuant to Rule 41(a)(2), which requests the dismissal of all claims asserted between Plaintiff Mod Stack LLC and Defendant Fonality, Inc., is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Mod Stack LLC and Defendant Fonality, Inc., are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**Apr 4, 2017**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE